Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  21 MC 102 (AKH)

ANDRZEJ SIEMEK (AND WIFE, JANINA SIEMEK),     Index No.: 07-CV-1704

                   Plaintiff(s),     **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

     -against-

                             **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED PARTNERSHIP, *et al.*,

                   Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
    September 7, 2007

           Yours etc.,

           McGIVNEY & KLUGER, P.C.
           Attorneys for Defendants
           90 CHURCH STREET LIMITED PARTNERSHIP
           and BOSTON PROPERTIES, INC.

           By: _____
           Richard E. Leff (RL-2123)
           80 Broad Street, 23rd Floor
           New York, New York 10004
           (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site
    Litigation
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

    All Defense Counsel