KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**          21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------------x

**ANDRZEJ SIEMEK and JANINA SIEMEK,**          **DOCKET NO.:**
                                                **07 CV 1704**
                    Plaintiffs,

         -against-

**100 CHURCH, LLC, 120 BROADWAY**              **NOTICE OF**
**CONDOMINIUM (CONDO # 871), 120 BROADWAY**    **APPEARANCE**
**HOLDING, LLC., 120 BROADWAY PROPERTIES,**
**LLC., 120 BROADWAY, LLC., 4101 AUSTIN BLVD.,**
**CORPORATION, 715 REALTY CORP., 90**
**CHURCH STREET LIMITED PARTNERSHIP,**
**AMBIENT GROUP, INC., AMG REALTY PARTNERS,**
**L.P., BATTERY PARK CITY AUTHORITY, BELFOR**
**USA GROUP, INC., BLACKMON-MOORING STEAMATIC**
**CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF**
**MANAGERS OF THE 120 BROADWAY CONDOMINIUM,**
**BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL**
**PROPERTIES, INC., BROOKFIELD FINANCIAL**
**PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,**
**BROOKFIELD PROPERTIES CORPORATION,**
**BROOKFIELD PROPERTIES HOLDINGS, INC.,**
**CITIBANK, N.A., CUNNINGHAM DUCT CLEANING CO.,**
**GPS ENVIRONMENTAL CONSULTANTS, INC.,**
**INDOOR AIR PROFESSIONALS, INC., INDOOR**
**ENVIRONMENTAL TECHNOLOGY, INC., JONES**
**LANG LASALLE AMERICAS, INC., JONES**
**LASALLE SERVICES, INC,. LAW ENGINEERING,**
**P.C., MERRILL LYNCH & CO., INC.,**
**MSDW 140 BROADWAY PROPERTY L.L.C.,**

**ONE WALL STREET HOLDINGS, LLC, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., SILVERTSTEIN PROPERTIES, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WFP TOWER A CO., WFP TOWER A CO., G.P., CORP., WFP TOWER A. CO., L.P., and ZAR REALTY MANAGEMENT CORP.,**

**Defendants.**

--------------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

      I certify that I am admitted to practice in this court.

Dated: New York, New York
      January 31, 2008

                            Kevin G. Horbatiuk
                            Kevin G. Horbatiuk (KGH4977)
                            Attorneys for Defendant
                            **CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
                            RUSSO, KEANE & TONER, LLP
                            26 Broadway, 28th Floor
                            New York, New York 10004
                            (212) 482-0001
                            RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **ANDRZEJ SIEMEK and JANINA SIEMEK**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 31st day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ANDRZEJ SIEMEK and JANINA SIEMEK**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**