KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER          21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
ANDRZEJ SIEMEK and JANINA SIEMEK,          DOCKET NO.:
                                           07 CV 1704
                       Plaintiffs,

    -against-

100 CHURCH, LLC, 120 BROADWAY              NOTICE OF
CONDOMINIUM (CONDO # 871), 120 BROADWAY    ADOPTION OF
HOLDING, LLC., 120 BROADWAY PROPERTIES,    ANSWER TO
LLC., 120 BROADWAY, LLC, 4101 AUSTIN BLVD.,MASTER COMPLAINT
CORPORATION, 715 REALTY CORP., 90
CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., AMG REALTY PARTNERS,
L.P., BATTERY PARK CITY AUTHORITY, BELFOR
USA GROUP, INC., BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF
MANAGERS OF THE 120 BROADWAY CONDOMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CITIBANK, N.A., CUNNINGHAM DUCT CLEANING CO.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JONES
LANG LASALLE AMERICAS, INC., JONES
LASALLE SERVICES, INC,. LAW ENGINEERING,
P.C., MERRILL LYNCH & CO., INC.,
MSDW 140 BROADWAY PROPERTY L.L.C.,

ONE WALL STREET HOLDINGS, LLC, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., SILVERTSTEIN PROPERTIES, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WFP TOWER A CO., WFP TOWER A CO., G.P., CORP., WFP TOWER A. CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

          **Defendants.**
-----------------------------------------------------------------x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   January 31, 2008

               Kevin G. Horbatiuk
               Kevin G. Horbatiuk (KGH4977)
               Attorneys for Defendant
               **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
               RUSSO, KEANE & TONER, LLP
               26 Broadway, 28th Floor
               New York, New York 10004
               (212) 482-0001
               RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **ANDRZEJ SIEMEK and JANINA SIEMEK**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 31st day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ANDRZEJ SIEMEK and JANINA SIEMEK**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**